UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO CAVIN,

        Petitioner,        Case No. 1:05-CV-140

v.        Hon. Richard Alan Enslen

HUGH WOLFENBARGER,

        Respondent.
_____/

### FINAL ORDER

In accordance with the Opinion issued this date,

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 70) are **DENIED**, the Report and Recommendation of the Magistrate Judge (Dkt. No. 65) is **ADOPTED AS MODIFIED**, and the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Evidentiary Hearing (Dkt. No. 72) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted.

DATED in Kalamazoo, MI:        /s/ Richard Alan Enslen
    September 26, 2008        RICHARD ALAN ENSLEN
        SENIOR UNITED STATES DISTRICT JUDGE